**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO.  1:04CR74-6**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **STEVEN CARL WEBSTER** | ) | |
| | ) | |


**THIS MATTER** is before the Court to exonerate the real estate lien note and deed of trust posted as bond for the Defendant herein.

Defendant was arrested and released on a secured bond in the amount of $35,000 posted by him in the form of a Real Estate Lien Note and Deed of Trust.  The note and deed of trust are being held by the Clerk until final disposition of this case.

Defendant entered a plea to the charge contained in the indictment herein on January 3, 2005.  Thereafter, the Defendant's bond was revoked on May 2, 2005, for continuing substance abuse violations.  He remained in custody until he was sentenced by the undersigned on February 8, 2006, to a 120 months imprisonment and is currently serving his sentence at the

Federal Correctional Institution at Elkton, Ohio.  There being no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond herein referenced is hereby exonerated and the Clerk of Court is directed to write across the face of the Real Estate Lien Note and Deed of Trust that the bond has been exonerated and the Note and Deed of Trust are satisfied, and return same to the Defendant, in care of Krinn E. Evans, Attorney at Law, 258 South Main Street, Marion, North Carolina, 28752.

Signed: January 26, 2007

Lacy H. Thornburg
United States District Judge