# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:04CR74-6** |
| | ) | |
| vs. | ) | <u>**ORDER TO DESTROY EVIDENCE**</u> |
| | ) | |
| **STEPHEN CARL WEBSTER** | ) | |

**THIS MATTER** is before the Court upon the Government's motion for destruction of evidence.

For the reasons stated in the Government's motion and for good cause shown, the Court finds that the firearms identified in the motion, which are now in the possession of the McDowell County Sheriff's Office, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the following firearms are ordered destroyed in accordance with the usual procedure for the destruction of such evidence:

> Smith & Wesson .44 Magnum Revolver w/speed loader (no serial number)
> Vam Dist. .22 Single Shot Pistol, S/N 100738
> Russian SKS KBI Inc. 7.62mm (w/three magazines), S/N RH029100
> Champion Single Shot 12 Gauge Shotgun (no serial number)
> Mossberg 12 Gauge Pump Shotgun w/scope (no serial number)
> Marlin .22 Rifle, S/N 02174562
> Bryco Semi-Auto 9mm pistol, S/N 1404788 (w/two magazines)
> High Standard Inc. Derringer .22 Pistol (no serial number)
> 12 Gauge Shotgun, S/N 1459763

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge